# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ISTVAN VARGA, | : Civil No. 3:17-cv-2388 |
| --- | --- |
| Petitioner | : (Judge Mariani) |
| v. | : |
| WARDEN CLAIR DOLL, | : |
| Respondent | : |

## ORDER

**AND NOW**, this 22nd day of May, 2018, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.
2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge